MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-po-00361-KJN |
| Plaintiff, | ORDER GRANTING UNITED STATES'S MOTION TO RESET COLLATERAL AND |
| v. | VACATE TRIAL DATE |
| CHRISTOVAL CHAPARRO | |
| | DATE:  August 10, 2020 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral and Vacate Trial Date is GRANTED. Defendant Christoval Chaparro shall be permitted to forfeit collateral in case number 2:19-po-00361-KJN in the amount of $60.00, plus a processing fee of $30.00 and a special assessment of $5.00, for a total amount of $95.00, payable immediately to the Central Violations Bureau (www.cvb.uscourts.gov ), or sent by mail to the following address:

    Central Violations Bureau

    P.O. Box 780549

    San Antonio, Texas, 78278-0549

The trial date previously scheduled for August 10, 2020, is vacated.

The matter is further set for status conference on September 30, 2020, at 9:00 a.m.

//

//

IT IS SO ORDERED.

Dated:  August 7, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE